<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-1221**

———————

DOUGLAS E. MCPHAIL,

            Plaintiff – Appellant,

      v.

AMERICAN GENERAL FINANCIAL SERVICES, INCORPORATED,

            Defendant – Appellee,

        and

A GOODNIGHT SLEEPSTORE,

            Defendant.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Malcolm J. Howard,
Senior District Judge. (5:09-cv-00451-H)

———————

Submitted:  July 26, 2011            Decided:  July 29, 2011

———————

Before WILKINSON, KING, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Douglas E. McPhail, Appellant Pro Se. Megan E. Miller, HUNTON &
WILLIAMS, LLP, Charlotte, North Carolina; Canon Pence, HUNTON &
WILLIAMS, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas E. McPhail appeals the district court's order dismissing his complaint under Fed. R. Civ. P. 12(b)(6) for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McPhail v. American Gen. Fin. Serv., Inc., No. 5:09-cv-00451-H (E.D.N.C. Feb. 8, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED